IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

ISHMAEL HASSAN OBAMA                                                                      PLAINTIFF
ADC #145160

V.                                          NO: 4:16CV00115 JLH

JOHN STALEY                                                                                 DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Obama's complaint is DISMISSED WITHOUT PREJUDICE.

2. All pending motions are DENIED AS MOOT.

3. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 20th day of April, 2016.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE